**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| GREGORY GILLIAN, | : | |
| Plaintiff, | : | |
| v. | : | 1:06-CV-57 (WLS) |
| Prison Guard MR. KINNE, Prison Guard MISS. PONTEAIA, | : | |
| Defendants. | : | 42 U.S.C. § 1983 |

**O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 6), filed April 25, 2006. It is recommended that Plaintiff's allegation of attempted verbal abuse against Kinne be dismissed. Plaintiff has not filed a timely objection to the recommendation..

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, Accordingly, Plaintiff's allegation against Kinne for attempted verbal abuse (Doc. 2) is **DISMISSED.**

SO ORDERED, this   21st   day of June, 2006.

/s/W. Louis Sands
**W. Louis Sands, Chief Judge
United States District Court**