**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

GREGORY LINSTON GILLILAN, :
:
    Plaintiff, :
:
v. : 1:06-CV-57 (WLS)
:
PRISON GUARD PONTEAIA. :
:
:
    Defendant. :
_____:

**O R D E R**

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 31), filed July 19, 2007. It is recommended that Plaintiff's complaint be dismissed with prejudice. Neither Plaintiff, nor Defendant, has filed a timely objection.

    Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's complaint (Doc. No. 2) is **DISMISSED WITH PREJUDICE**.

    SO ORDERED, this   28   day of August, 2007.

                                                /s/W. Louis Sands
                                              **W. Louis Sands, Judge**
                                              **United States District Court**